

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2022

No. 04-22-00359-CV

**IN THE INTEREST OF J.E.J.A.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00362
Honorable Monique Diaz, Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* Tex. R. Jud. Admin. 6.2. Appellant timely filed a notice of appeal on June 16, 2022. Accordingly, the record was due June 27, 2022. *See* Tex. R. App. P. 26.1(b), 35.1(b). The record was not filed.

We **order** the court reporter, Sachiko Nagao, to file the reporter's records by **July 7, 2022**. *See* Tex. R. App. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days). The court will not grant any further extension of time to file the record in the absence of a showing of extraordinary circumstances that prevent the timely filing of the record and reasonable assurance the record will be completed and filed by the requested extended deadline.

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." Tex. R. App. P. 28.4(b)(1). We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* Tex. R. App. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

It is so **ORDERED** on July 1, 2022

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT